# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL GIESBRECHT,

                 Plaintiff,

v.

WARDEN GARRETT, *et al.*,

                 Defendants.

3:22-cv-00113-RCJ-CSD

**ORDER**

Re: ECF No. 31

     Before the court is Defendants' Motion for Clarification. (ECF No. 31.) Defendants seek clarification because prior to the court ordering the lift of the 90-day stay, Plaintiff filed the following motions: Motion for Leave to File Second Amended Complaint (ECF No. 20), Motion for Judicial Notice (ECF No. 21), Motion for Appointment of Counsel (ECF No. 22), Motion for Preliminary Injunction (ECF No. 23), Motion for Order to Show Cause (ECF No. 24), Motion for Temporary Restraining Order (ECF No. 25), and Memorandum of Law in Support (ECF No. 26). Plaintiff has since filed a Motion for Judicial Notice (ECF No. 28), Motion for Request for Service (ECF No. 29), and Motion for Issuance of Summons (ECF No. 30).

     **IT IS HEREBY ORDERED** that this action is **stayed** pending the court's screening order on Plaintiff's Second Amended Complaint (ECF No. 20). The Attorney General's Office does not need to respond to any motions or file an answer pending the court's screening order on Plaintiff's Second Amended Complaint.

     DATED: May 4, 2023.



UNITED STATES MAGISTRATE JUDGE