# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL GIESBRECHT,

    Plaintiff

v.

WARDEN GARRETT, et al.,

    Defendants

Case No.: 3:22-cv-00113-RCJ-CSD

**Order**

**Re: ECF No. 41**

Plaintiff's motion to correct docket numbers (ECF No. 41) is **GRANTED**.

On August 1, 2023, Plaintiff filed two motions: a motion to compel and a motion for preliminary injunction and temporary restraining order (TRO). It appears that the motion for preliminary injunction and TRO were overlooked, and the documents were docketed in a single entry.

The Clerk shall **separate out the motion for preliminary injunction and motion for TRO** set forth at ECF No. 39 at 4-13 and **assign those motions a separate docket number**. The motion to compel shall remain as ECF No. 39.

**IT IS SO ORDERED**.

Dated: August 10, 2023

                                                   Craig S. Denney
                                                   United States Magistrate Judge