UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL GIESBRECHT,<br><br>   Plaintiff,<br><br>v.<br><br>WARDEN GARRETT, *et al.*,<br><br>   Defendants. | Case No.: 3:22-CV-00113-RCJ-CSD<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 46) |

  Before the Court is the Report and Recommendation of United States Magistrate Judge, (ECF No. 46[1]), entered on August 14, 2023, recommending that the Court deny Plaintiff's motions for temporary restraining order and preliminary injunction. (ECF Nos. 43 and 44). No objection to the Report and Recommendation has been filed.

  This action was referred to Magistrate Judge Denney under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that Magistrate Judge Denney's Report and Recommendation, (ECF No. 46), is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's motions for temporary restraining order and preliminary injunction (ECF Nos. 43 and 44), are **DENIED.**

**IT IS SO ORDERED**.

Dated this 31ST day of August 2023.

_____
ROBERT C. JONES
Senior United States District Judge