# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL GIESBRECHT,

                        Plaintiff,

  v.

WARDEN GARRETT, et al.,

                        Defendants.

3:22-cv-00113-CSD

**ORDER**

Re: ECF No. 61

Before the court is Plaintiff's Motion to Withdraw Civil Complaint. (ECF No. 61.)

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Withdraw Civil Complaint (ECF No. 61) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is dismissed with prejudice. The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED: September 26, 2023.

_____
Craig S. Denney
United States Magistrate Judge